# Henry & Co. *v.* Powell.

*Statutory Detinue for Mules, Oxen and Cows.*

1. *Assessing value of property, on verdict for defendant.*—In a statutory action for the recovery of personal property in specie, the plaintiff having obtained the possession of the property by executing the necessary bond, the failure of the jury to assess the alternate value,

[Orendorff v. Tallman.]

on returning a verdict for the defendant (Code, § 2719), is an error which will work a reversal at the instance of the plaintiff, although only a judgment for costs was rendered against him.

APPEAL from the Circuit Court of Marshall.

Tried before the Hon. JOHN B. TALLY.

This action was brought by Sam. Henry and James F. Henry, suing as partners, against William Powell, to recover several mules, oxen, cows, &c., particularly described; and was commenced on the 31st January, 1887. The plaintiffs executed the necessary bonds, and obtained the possession of the property. The cause was tried on issue joined, and the jury returned a verdict in these words: "We, the jury, find for the defendant;" on which the court rendered judgment, "that the defendant have and recover judgment against the plaintiff for the costs in this behalf expended, for which let execution issue." The appeal is sued out by the plaintiffs, and they assign as error the failure of the jury to assess the value of the property, and the judgment of the court.

ABERCROMBIE, BILBRO & WHATLEY, and JNO. J. WINSTON, Jr., for appellants, cited *Warehouse Co. v. Johnson*, 85 Ala. 178; *Jones v. Anderson*, 82 Ala. 302; Code, § 2719.

BROWN, HOLLIDAY & STREET, *contra*, contended that the plaintiffs could not possibly be injured by the failure to assess the value of the property, and could not complain of an error which could not prejudice them. They cited *Jones v. Pullen*, 66 Ala. 306; *Ernst v. Hogue*, 86 Ala. 502; *Wood v. Coman*, 56 Ala. 283.

SOMERVILLE, J.—The judgment must be reversed, on the authority of *Jones v. Anderson*, 82 Ala. 302, and cases there cited, as well as by requirement of the statute itself.—Code, § 2719.

Reversed and remanded.